ADOLPH ROSENBACH, Respondent, v. WERTHEIMER, PLEHN & LEVY, INC., Appellant.— Order modified by striking out the paragraphs thereof numbered 1, 5, 6, 7, 9 and 10, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM H. PAULISON, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order modified by striking out paragraphs thereof numbered 2 and 3, and by striking out of paragraph numbered 6 the words " any of the bondholders " and inserting in lieu thereof the words " the plaintiff," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRANK I. FINKLER, Respondent, v. BERRY B. SIMONS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted without prejudice to a motion by plaintiff to open his default upon proper terms. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS K. SCHWARTZ, Appellant, v. GLADYS S. WHYTE, Respondent.— Order entered September 14, 1925, affirmed; order entered September 28, 1925, modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

IDA B. SCHWARTZBERG, Respondent, v. SAMUEL SCHWARTZBERG, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MATTHEW A. MOOSBRUGGER, Respondent, v. MOSKOVSKY KOUPETSCHESKY BANK, Otherwise Known as BANQUE DES MARCHANDS DE MOSCOU, Otherwise Known as Moscow MERCHANTS BANK, Appellant.— Order so far as it denies motion to vacate warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JACOB WEISSMAN, an Infant, by His Guardian ad Litem, SAMUEL WEISSMAN, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARANKA MIERSWA, as Administratrix, etc., of OTTO RICHARD MIERSWA, Deceased, Respondent, v. STEPHENS FUEL COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of an Arbitration of and Concerning Certain Matters and Differences between PEYTON M. HUGHES, Trading as HUGHES & HUGHES, Appellant, and ALICE H. HAIGHT and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.